UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
     :
THE CITY OF NEW YORK,     :
     :
         Plaintiff,     :     22-CV-5525 (JMF)
     :
  -v-     :     <u>SCHEDULING ORDER</u>
     :
ARM OR ALLY LLC et al.,     :
     :
         Defendants.     :
     :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       It is hereby ORDERED that all parties appear for a telephone conference with the Court on **July 12, 2022,** at **4:15 p.m.**  The parties should be prepared to discuss how to proceed with respect to: (1) the pending motion for preliminary injunction (including the possibility of consolidating any hearing with trial on the merits under Rule 65(a)(2) of the Federal Rules of Civil Procedure), *see* ECF No. 4, and (2) coordination with the parallel case filed by the New York State Office of the Attorney General in New York State Supreme Court.

       The parties should follow the procedures for teleconferences described in the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  In accordance with that Rule, counsel shall, at least **twenty-four hours before the conference**, email to the Court the names and telephone numbers of those who will have speaking roles at the conference.  The Court will thereafter provide call-in information to those counsel.  All others — counsel who will not have speaking roles and members of the public — may listen to the conference by calling the Court's dedicated conference call line at (888) 363-4749 and using access code 542-1540 followed by the pound (#) key.

       Plaintiff shall, within one business day of the date of this Order, serve a copy of this Order electronically on Defendants (or counsel for Defendants) and, within two business days of this Order, file proof of such service on the docket.

       SO ORDERED.

Dated: July 1, 2022
       New York, New York

                                              _____
                                              JESSE M. FURMAN
                                              United States District Judge