UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                            :

THE CITY OF NEW YORK,                      :

                    Plaintiff,        :

                      :          22-CV-5525 (JMF)
     -v-                   :

                      :          ORDER

ARM OR ALLY LLC et al.,             :

                    Defendants.   :

-----------------------------------------------------------------------X
                      :

THE PEOPLE OF THE STATE OF NEW YORK, by :
LETITIA JAMES, Attorney General of the State of New  :
York,                     :

                    Plaintiff,        :

                      :          22-CV-6124 (JMF)
     -v-                   :

                      :          ORDER

ARM OR ALLY LLC et al.,             :

                    Defendants.   :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Case No. 22-CV-6124 (the "State Case") has been accepted by the Court as related to

Case No. 22-CV-5525 (the "City Case").  As discussed in the conference held on July 13, 2022,

the parties in the City Case are required to submit a letter addressing the status of the case and

proposed next steps by **July 27, 2022**.  The parties in the State Case shall file a similar letter by

the **same date**.  (If the parties are able to do so and prefer to file a single joint letter addressing

both cases, they may do so.)  The parties' letters should include the parties' views, if any, on

consolidation and/or coordination of the two cases.

Defendants in the State Case shall, **within one business day of the date of this Order**,

serve a copy of this Order electronically on Plaintiff (or counsel for Plaintiff) and, **within two**

**business days of this Order**, file proof of such service on the docket.


SO ORDERED.

Dated: July 22, 2022
       New York, New York

_____
JESSE M. FURMAN
United States District Judge