

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

August 15, 2022

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *City of New York v. Arm or Ally, LLC et al.*, 22-cv-5525 (JMF)

Dear Judge Furman:

    We write to inform the Court of the United States of America's potential participation in the above-captioned case. This matter has been brought by the City of New York against multiple firearm businesses that have allegedly sold tens of thousands of illegal, unfinished frames and receivers to New Yorkers that were then converted into unserialized, untraceable handguns and assault-style weapons, known as "ghost guns."

    The United States is actively considering whether to file a Statement of Interest with respect to the pending motion for a preliminary injunction filed by the City of New York. (ECF No. 4). Pursuant to 28 U.S.C. § 517, the Attorney General of the United States is authorized to send any officer of the Department of Justice to "attend to the interests of the United States in a suit pending in a court of the United States, or in the courts of a State, or to attend to any other interest of the United States." The process for deciding whether to file a Statement of Interest involves coordination among interested government agencies and the approval of the U.S. Department of Justice through the Principal Deputy Assistant Attorney General for the Civil Division. The United States expects that it will be in a position to inform the Court of its potential participation in this matter, and to file its Statement of Interest should it be authorized to do so, within 30 days of the defendants filing their papers in opposition to the motion for a preliminary injunction.

    The United States understands that a briefing schedule for the preliminary injunction motion will be addressed at the conference currently scheduled for August 16, 2022. The United States therefore respectfully requests that the schedule set by the Court for adjudication of the motion accommodate this anticipated timing.

We thank the Court for its consideration of this request.

                                                Respectfully submitted,

| | |
|---|---|
| BREON PEACE | DAMIAN WILLIAMS |
| United States Attorney | United States Attorney |
| Eastern District of New York | Southern District of New York |

                                        By:    */s/ Jeannette A. Vargas*
                                                       JEANNETTE A. VARGAS
                                                       Assistant United States Attorney
                                                       Southern District of New York
                                                       (212) 637-2678