UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
THE CITY OF NEW YORK,                                                   :
:
                Plaintiff,                                 :
:
      -v-                                                               :    22-CV-5525 (JMF)
:
:    ORDER
:
ARM OR ALLY LLC et al.,                                                 :
:
                Defendants.                                :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As stated on the record during the teleconference held earlier today:

- Any opposition to Plaintiff's Motion for Preliminary Injunction shall be filed within **30 days of the date of this Order**;

- Any reply shall be filed within **two weeks thereafter**. The United States shall file any Statement of Interest by the reply deadline. The United States may seek an extension of the deadline if appropriate.

       SO ORDERED.

Dated: August 16, 2022
       New York, New York
                                            JESSE M. FURMAN
                                         United States District Judge