**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

Job #: 1614701

---

THE CITY OF NEW YORK

Plaintiff

*against*

ARM OR ALLY LLC, RAINIER ARMS, LLC, SALVO TECHNOLOGIES, INC. d/b/a "80P BUILDER," ROCK SLIDE USA, LLC, and INDIE GUNS LLC,

Defendant

Civil Number: 22-CV-05525
Date Filed:
File #:
CSMS #:
Part:
Court Date:

---

STATE OF **North Carolina**, COUNTY OF **Mecklenburg** SS.:

**AFFIDAVIT OF SERVICE**

I, **Nicholas Ayers**, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On **8/12/2022** at **1:17 pm**, at **1021 TECHNOLOGY DRIVE, STE C,, INDIAN TRAIL, NC 28079**, deponent served the within **SUMMONS IN A CIVIL ACTION & COMPLAINT FOR INJUNCTIVE RELIEF**

on: **JAMES F. TOBIN; ARM OR ALLY, LLC**, therein named.

- [ ] **INDIVIDUAL** By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.
- [ ] **CORPORATION** By delivering thereat a true copy of each to _____ and that deponent knew the person so served to be the _____ of the corporation, and authorized to accept service on behalf of the corporation.
- [ ] **SUITABLE AGE PERSON** By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.
- [ ] **AFFIXING TO DOOR** By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the _____ day of _____ at _____

- [ ] **MAIL COPY** On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____.
  - [ ] and by Certified Mail # _____.

- [ ] **DESCRIPTION** A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
  Sex: **Male**  Color of skin: **White**  Color of hair: **Brown**  Age: **30'S**  Height: **5'11"**
  Weight: **200+ lbs**  Other Features: **No Glasses**

- [ ] **WIT. FEES** Subpoena Fee Tendered in the amount of

- [ ] **MILITARY SRVC** Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of _____ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

- [x] **OTHER** I spoke to a male employee who would not identify himself and instantly got hostile with me as soon as he saw me and he said he could not take possession of anything. I asked if he was James Tobin and he said no and then I asked if he worked at the business and he said yes. I informed him I could subserve them to him and he slammed the door in my face. I then drop served the documents at the door and informed him by yelling that he had been served.

Sworn to before me on **8/14/22**

New York City Department of Law - Manhattan - LONS BERNHARILT
100 Church Street 4th Floor
New York, New York
Phone:
Tracking No. 22-0003783

BETTINA ELLEDGE-WILSON
My Commission Expires
September 17, 2023

Nicholas Ayers
Please Print Name Below Signature

Nicholas Ayers
Job # 1614701