# W‌augh G‌rant pllc
#### Attorneys At Law

Phone: 321-800-6008  
Fax: 844-206-0245  
WaughGrant.com

Gerrard Grant*  
Christian W. Waugh^  
Mary Norberg  
Reba Abraham Pearce~  
Email: cwaugh@waughgrant.com

*Fla. Bar Board Certified in Tax Law  
^Fla. bar Board Certified in Real Estate Law  
~Of Counsel

August 25, 2022

**VIA ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2203
New York, New York 10007

**Re:   The City of New York v. Arm or Ally, LLC, et al, Case No. 1:22-cv-05525-JMF**

Dear Judge Furman,

The undersigned represents Defendant Indie Guns, LLC ("Indie Guns"), in the above-referenced action. Indie Guns was served with process on August 4, 2022. [DE 37]. Accordingly, consistent with Federal Rule of Civil Procedure 15(a)(3), it is Indie Guns' understanding that it has until August 25, 2022, to respond to the Amended Complaint, [DE 30].

With this deadline approaching, Indie Guns respectfully seeks an extension of the deadline for responding to the City's Amended Complaint to Friday, September 9, 2022. The City has consented to the relief sought in this motion. This Court has previously permitted all Defendants an extension to September 9, 2022 in the related case, S.D.N.Y. Case No. 1:22-cv-6124, per [DE 26] in that case.

Indie Guns requests this extension to completely review and assess defenses, assure the responses in the cases are not disparate, and to fully explore settlement negotiations in the instant case. This is Indie Gun's first request for an extension and will not affect other scheduled deadlines.

Respectfully submitted,

/s/ Christian W. Waugh
CHRISTIAN W. WAUGH, B.C.S.*
Florida Bar No. 71093
*Florida Board Certified Real Estate Attorney*
WAUGH GRANT, PLLC
201 E. Pine Street, Ste. 315
Orlando, FL 32801
Telephone:    321-800-6008

1

Fax:			844-206-0245
Email: cwaugh@waughgrant.com
Email: rwood@waughgrant.com

*Appearing *pro hac vice*

*Counsel for Defendant Indie Guns, LLC*

cc: All counsel of record via ECF

So Ordered:

_____
Jesse M. Furman, U.S.D.J.
United States District Court