UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
THE CITY OF NEW YORK, :
:
Plaintiff, :
: 22-CV-5525 (JMF)
-v- :
: ORDER
:
ARM OR ALLY LLC et al., :
:
Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendant Arm or Ally LLC's deadline to answer the Amended Complaint was October 7, 2022. ECF No. 54. When requesting that answer deadline, Arm or Ally informed the Court that it was in settlement discussions with Plaintiff and hoped to have the settlement fully executed by October 7, 2022. To date, however, the Court has not received either a notice of settlement or Arm or Ally's answer. In the interests of justice, Arm or Ally's answer deadline is extended, *nunc pro tunc*, to **October 19, 2022**. Absent an answer (or a settlement) by that date, the Court will set a deadline for Plaintiff to move for entry of a default judgment.

      SO ORDERED.

Dated: October 12, 2022
      New York, New York
                                               JESSE M. FURMAN
                                             United States District Judge