**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| THE CITY OF NEW YORK, </br></br> Plaintiff, </br></br> v. </br></br> ARM OR ALLY LLC, RAINIER ARMS, LLC, SALVO TECHNOLOGIES, INC. D/B/A "80P BUILDER," ROCK SLIDE USA, LLC, AND INDIE GUNS LLC, </br></br> Defendants. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** </br></br> Case No. 22-cv-05525 (JMF) |

Plaintiff The City of New York and Defendant Salvo Technologies, Inc. d/b/a "80P Builder" ("Salvo"), pursuant to Paragraph 8 of the parties' Stipulation and Order of Settlement (Sept. 6, 2022), ECF No. 51, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims against Salvo, with each party bearing that party's own attorneys' fees and costs.

Dated: December 9, 2022
New York, New York

Hon. Sylvia O. Hinds-Radix
*Corporation Counsel of the City of New York*

/s/ Eric Proshansky

Eric Proshansky
Melanie Ash
Doris Bernhardt
New York City Law Department
100 Church St., Rm 20-99
New York, NY 10007
Phone: (212) 356-2032
eproshan@law.nyc.gov

*Attorneys for Plaintiff The City of New York*

Dated: December  9 , 2022
Washington, DC

                                        **Cooper & Kirk PLLC**

                                        */s/ Brian W. Barnes*

                                        David H. Thompson*
                                        Brian W. Barnes*
                                        Cooper & Kirk PLLC
                                        1523 New Hampshire Ave., NW
                                        Washington, DC 20036
                                        Phone: (202) 220-9600
                                        dthompson@cooperkirk.com
                                        bbarnes@cooperkirk.com
                                        * Admitted *pro hac vice*

                                        *Attorneys for Defendant Salvo Technologies, Inc.*