UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
THE CITY OF NEW YORK,

                                 Plaintiff,      Civ. No. 22-5525

         -against-

                                           **NOTICE OF MOTION**

ARM OR ALLY, LLC, RAINIER ARMS, LLC, SALVO
TECHNOLOGIES, INC. d/b/a "80P BUILDER," ROCK
SLIDE USA, LLC, and INDIE GUNS, LLC,

                                    Defendants.
-----------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of its

Motion to Strike Indie Guns LLC's Answer, for entry of a Certificate of Default, and for Entry of

a Default Judgment and the Declaration of Doris F. Bernhardt, and the Exhibits annexed thereto,

Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, by Doris F. Bernhardt,

Assistant Corporation Counsel, will move this Court, at the United States United States

Courthouse for the Southern District of New York located at 40 Foley Square, New York, New

York, 10007 on a date and at a time to be designated by the Court, for an Order pursuant to Rules

55 and Rule 65 of the Federal Rules of Civil Procedure: (1) striking Indie Guns LLC's ("Indie

Guns") Answer and entering a certificate of default against Indie Guns; (2) entering a judgment

of default against Indie Guns; (3) permanently enjoining Indie Guns from selling and delivering

into New York City "ghost guns," "80% receivers or frames," "unfinished frames or receivers,"

unserialized "receivers" or "frames," or any kits or collections of "unfinished" or unserialized

gun parts that can be assembled into a firearm; (4) ordering Indie Guns to preserve and turn over

to the City any and all records and information concerning each sale and/or shipment of the

foregoing products to a New York City address or to a person with a New York City billing

address; and (5) granting the City of New York such other and further relief as the Court deems

just and proper.

        **PLEASE TAKE FURTHER NOTICE** that, pursuant to Federal Rule of Civil

Procedure Rules 5(b)(2)(C) and 6 and Local Civil Rule 6.1(b), papers in opposition to the

motion, if any, shall be served within fourteen days after service of the motion, plus three days

for service by mail.

Dated:      New York, New York
           February 1, 2023

                                  **HON. SYLVIA O. HINDS-RADIX**
                                  Corporation Counsel of the
                                    City of New York
                                  *Attorneys for Plaintiff The City of New York*
                                  100 Church Street, Rm. 20-099
                                  New York, New York 10007
                                  (212) 356-2032

                                  By: _____s/_____
                                      Eric Proshansky
                                    Gail Rubin
                                    Melanie Ash
                                    Doris Bernhardt

                                  Assistant Corporation Counsels