UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
CITY OF NEW YORK, :
:
                      Plaintiff, :        22-CV-5525 (JMF)
:
        -v- :        ORDER SCHEDULING
:        DEFAULT JUDGMENT
ARM OR ALLY, LLC, et al., :        BRIEFING AND SHOW
:        CAUSE HEARING
                      Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On **February 1, 2023**, Plaintiff filed a motion to strike the answer of Defendant Indie Guns, LLC and for entry of default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF No. 88.

       It is hereby ORDERED that Indie Guns shall file any opposition to the motion by **February 17, 2023**. Indie Guns is cautioned that corporate entities may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

       It is further ORDERED that Indie Guns appear and show cause before this Court on **March 9, 2023**, at **4:30 p.m.**, why an order should not be issued granting a default judgment against Indie Guns. Unless and until the Court orders otherwise, the conference will be held remotely by telephone in accordance with Paragraph 3.B of the Court's Individual Rules and Practices in Civil Cases. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. In the event that Indie Guns appears or opposes the motion for default judgment prior to that date, the parties shall prepare to treat that conference as a pretrial conference.

       It is further ORDERED that Plaintiff serve Indie Guns via overnight courier with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order by **within one business day of the filing of each document**. In each case, within **two business days of service,** Plaintiff must file proof of such service on the docket.

       SO ORDERED.

Dated: February 3, 2023
       New York, New York

                                             JESSE M. FURMAN
                                             United States District Judge