UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CITY OF NEW YORK,                                                 :
:
Plaintiff,                                       :
:    22-CV-5525 (JMF)
-v-                                                     :
:    ORDER
:
ARM OR ALLY, LLC, et al.,                                         :
:
Defendants.                                      :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

At the show cause hearing scheduled for **March 9, 2023, at 4:30 p.m.**, counsel should be prepared to discuss whether the Court should defer ruling on the City's default judgment motion until after it has ruled on the pending motions to dismiss *State v. Arm or Ally, LLC*, 22-CV-6124.

SO ORDERED.

Dated: March 6, 2023
New York, New York

_____
JESSE M. FURMAN
United States District Judge