FROM THE DESK OF

# Lawrence Destefano

March 8, 2023

Per the Court's Order of February 27, 2023, and Judge Furman's Individual Rules and Practices, I write to inform the court that I have still not been able to secure counsel to speak on my behalf at the Hearing on March 9, 2023 at 4:30pm.

I am requesting an additional two weeks to secure counsel.

Respectfully submitted,

*Lawrence Destefano*

Lawrence Destefano

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CITY OF NEW YORK,                                                 :
                                                                  :
                          Plaintiff,                              :
                                                                  :           22-CV-5525 (JMF)
              -v-                                                 :
                                                                  :               ORDER
ARM OR ALLY, LLC, et al.,                                         :
                                                                  :
                          Defendants.                             :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The show cause hearing scheduled for **March 9, 2023,** at **4:30 p.m.** will be held **remotely by telephone** in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      Counsel for Plaintiff is directed to serve a copy of this Order on Indie Guns, LLC within **two business days**, and shall file proof of service on the docket within **three business days.**

      SO ORDERED.

Dated: February 27, 2023                             _____
      New York, New York                                JESSE M. FURMAN
                                                     United States District Judge