UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CITY OF NEW YORK,                                                 :
:
                                Plaintiff,        :
:      22-CV-5525 (JMF)
                -v-                                      :
:            ORDER
ARM OR ALLY, LLC, et al.,                                         :
:
                              Defendants.       :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       At 1:09 p.m. today, the Court received an email from Lawrence Destefano, the principal of Defendant Indie Guns, LLC, a copy of which is attached. Mr. Destefano is advised that, as the representative of an unrepresented party, he may not communicate directly with Chambers by email or otherwise. All communications by an unrepresented party must go through the Pro Se Intake Unit. Mr. Destefano can contact the unit by phone at (212) 805-0175, and he may submit filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov or by regular mail to Daniel Patrick Moynihan Courthouse, Pro Se Intake Unit, 500 Pearl St., Room 205, New York, NY 10007. That said, the Court reiterates that limited liability companies such as Indie Guns, LLC, may appear in federal court only through counsel. *See, e.g.*, *Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007).

       Nevertheless, Plaintiff is directed to respond to Mr. Destefano's request for additional time to find counsel by **10:00 a.m. tomorrow.** Unless and until the Court orders otherwise, the telephonic default judgment hearing at 4:30 p.m. tomorrow will proceed as scheduled.

       Counsel for Plaintiff is directed to email a copy of this Order to Indie Guns, LLC **by close of business today** and to confirm such service in its response due tomorrow morning.

       SO ORDERED.

Dated: March 8, 2023  
       New York, New York  
                                                                   _____  
                                                                     JESSE M. FURMAN  
                                                                   United States District Judge

**Furman NYSD Chambers**

---

**From:** Lawrence Destefano <icrew@indieguns.com>
**Sent:** Wednesday, March 8, 2023 1:09 PM
**To:** Furman NYSD Chambers
**Cc:** Ash, Melanie (Law); Friedrich, Krista (LAW); Proshansky, Eric (Law); Bernhardt, Doris (Law)
**Subject:** Re: [EXTERNAL] 1:22-cv-05525-JMF City of New York v. Arm Or Ally, LLC Motion for Default

**CAUTION - EXTERNAL:**

To the Chambers of Hon. Jesse M. Furman, USD Judge:

Per the Court's Order of February 27, 2023, and Judge Furman's Individual Rules and Practices, I write to inform the court that I have still not been able to secure counsel to speak on my behalf at the Hearing on March 9, 2023 at 4:30pm. I am requesting an additional two weeks so that I may do so.

Respectfully submitted,

**LAWRENCE DESTEFANO** | OWNER

407-375-2333

3208 E. Colonial Drive, #262, Orlando, Florida 32803

**INDIEGUNS.COM**





> On Mar 7, 2023, at 2:58 PM, Bernhardt, Doris (Law) ███████ wrote:
>
> Hi Mr. Destefano,
>
> I don't have authority to give you more time; I am the attorney for the City of New York. You would have to ask the Court for more time. If you decide to reach out to the Court (Furman_NYSDChambers@nysd.uscourts.gov), please include all of us on the email, so that we are aware of the request.
>
> Thank you,
> Doris Bernhardt

1

**From:** Lawrence Destefano <icrew@indieguns.com>
**Sent:** Monday, March 6, 2023 4:48 PM
**To:** Bernhardt, Doris (Law)
**Subject:** [EXTERNAL] Re: 1:22-cv-05525-JMF City of New York v. Arm Or Ally, LLC Motion for Default

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

Good afternoon,

Can I please have another week. I have not been able to secure a council.

Kind regards,

**LAWRENCE DESTEFANO** | OWNER

407-375-2333

3208 E. Colonial Drive, #262, Orlando, Florida 32803

**INDIEGUNS.COM**





On Mar 6, 2023, at 4:44 PM, Bernhardt, Doris (Law) wrote:

Good afternoon,

As noted in the Court's order, no later than 24 hours before the conference, the parties are required to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.  Please send me the foregoing information for any individual who will speak for Indie Guns by tomorrow March 7 at 5PM, and we will include it in our communication with the Court.

Thank you,
Doris Bernhardt

---

**From:** Bernhardt, Doris (Law)
**Sent:** Tuesday, February 28, 2023 11:06 AM
**To:** icrew@indieguns.com
**Cc:** Ash, Melanie (Law) ███████████ Proshansky, Eric (Law) ███████████ Friedrich, Krista (LAW) ███████████
**Subject:** RE: 1:22-cv-05525-JMF City of New York v. Arm Or Ally, LLC Motion for Default

Good morning,

Attached please find a service copy of the Court's Order, dated February 27, 2023.

Regards,
Doris F. Bernhardt
███████████

---

**From:** Bernhardt, Doris (Law)
**Sent:** Wednesday, February 1, 2023 5:13 PM
**To:** icrew@indieguns.com
**Cc:** Ash, Melanie (Law) ███████████ Proshansky, Eric (Law) ███████████ Friedrich, Krista (LAW) ███████████
**Subject:** FW: 1:22-cv-05525-JMF City of New York v. Arm Or Ally, LLC Motion for Default

Good afternoon,

Attached please find service copies of the City's motion to strike Indie Guns' Answer, for a Certificate of Default, and for a Judgment of Default.

Regards,
Doris F. Bernhardt
███████████

<Order, City v. Arm or Ally et al, 22-cv-5525 [ECF No. 95].pdf>

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.