

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | MELANIE ASH<br>Assistant Corporation Counsel<br>mash@law.nyc.gov |
|---|---|---|

March 8, 2023

**By ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Rm 2202
New York, NY 10007

*Re: City of New York v. Arm or Ally LLC, et al., 22-cv-5525 (JMF)*

Dear Judge Furman,

Plaintiff The City of New York (the "City") submits this letter in response to the Court's Order of March 8, 2023 [ECF No. 99], which directed that the City serve the Court's Order upon Mr. Destefano by email by the close of business today; and respond to Mr. Destefano's request for additional time to find counsel [ECF No. 98] by March 9th at 10:00am.

I write to advise that (1) the City served Mr. Destefano with the Court's Order by email at 4:25pm today; and (2) the City consents to Mr. Destefano's request for two additional weeks to secure counsel to represent Indie Guns in this matter.

Respectfully submitted,

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel of the City of New York*

By: _____
Melanie Ash
100 Church Street, Rm 20-97
New York, NY 10007
212.356.2032

*Attorney for Plaintiff the City of New York*

cc. Lawrence Destefano
   *Owner of Defendant Indie Guns LLC*
   *(via email)*