**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
THE CITY OF NEW YORK,

                        Plaintiff,

      -against-                                  22 **CIVIL** 5585 (JMF)

                                                               **DEFAULT JUDGMENT**

ARM OR ALLY, LLC, RAINIER ARMS, LLC,
SALVO TECHNOLOGIES, INC. D/B/A "80P
BUILDER," ROCK SLIDE USA, LLC, AND
INDIE GUNS, LLC,

                        Defendants.
---------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 27, 2023, and pursuant to Federal Rules of Civil Procedure 55(a) and 65, that The Motion is GRANTED. Indie Guns' Answer is struck and a Certificate of Default and Judgment of Default Entered. Defendant Indie Guns is PERMANENTLY RESTRAINED AND ENJOINED from: a. Selling or otherwise disposing of any unfinished and/or unserialized frame or receiver to any individual attempting to order any unfinished and/or unserialized frame or receiver with: 1) a billing address in New York City, and/or 2) a shipping address in New York City; and Shipping, causing to ship, delivering or causing to deliver any unfinished and/or unserialized frame or receiver to any address located within New York City. If appropriate, Indie Guns may move, through counsel, to modify or vacate the permanent injunction once the Court has ruled on any motions to dismiss in the parallel case State v. Ann or Ally, LLC, 22-CV-6124. Defendant Indie Guns is ORDERED to refrain, preserve and, within 30 days of the Order, provide to the City: a: all documents in the possession, custody or control of Indie Guns and/or its members which evidence any sale or

other disposal of any unfinished and/or unserialized frame or receiver to any individual with a billing or shipping address in New York City or dele1y of the same to a New York City address between June 29, 2017 and the date of the Order; and b. all identifying information about any purchaser and/or recipient of any unfinished frame or receiver from Indie Guns described in paragraph 2a, whether contained in the documents described in paragraph 2a, or otherwise retained or retrievable by Indie Guns. The City shall not publicize or otherwise publicly disclose such documents and/or identifying information. The City may make such documents and/or identifying information available to any City agency, including the New York City Police Department and the Office of the Sheriff. The City, including all of its agencies, shall treat such documents and/or identifying information as law-enforcement sensitive material. And to the extent the City receives a request for such documents and/or identifying information pursuant to New York's Freedom of Information Law ("FOIL"), it shall respond to such request no differently than it responds to other FOIL requests for law-enforcement sensitive materials; accordingly, the case is closed.

**Dated:**  New York, New York

   March 28, 2023

                                                 **RUBY J. KRAJICK**

                                                 **Clerk of Court**

**BY:**  *K. Mango*

                                                 **Deputy Clerk**